UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NICK HERRERA, JR., an individual; and CHRISTINE HERRERA, an individual,<br><br>Defendants. | Case No.: 21-CV-995 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 12) |

Presently before the Court is the Parties' Joint Motion for Dismissal (ECF No. 12). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE**, with each Party to bear their own costs and attorneys' fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge